IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FELIX LYLE COWAN, | ) | |
| #0310444, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:26-CV-0704-G-BT |
| BILL WAYBOURNE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*]

in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the

opinion that the Findings and Conclusions of the Magistrate Judge are correct, and

they are accepted as the Findings and Conclusions of the court.  The plaintiff has not

paid the $405.00 fee within the time to object to the Findings and Conclusions of

the Magistrate Judge and is barred from proceeding *in forma pauperis* under 28 U.S.C.

---

[*]      No objections were filed.

§ 1915(g), so the plaintiff's case will be dismissed with prejudice by separate judgment.

**SO ORDERED**.

May 14, 2026.

_A. Joe Fish_

**A. JOE FISH**
**Senior United States District Judge**